UNITED STATES of America, Plaintiff–Appellee,

v.

George FOUNTAIN Defendant–Appellant.

No. 02–30152.

D.C. No. CR–99–00490–REJ.

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2003.*

Decided March 19, 2003.

Before CANBY, O'SCANNLAIN and T.G. NELSON, Circuit Judges.

MEMORANDUM **

George Fountain appeals the district court's refusal to order the probation office to return or destroy all copies of a psychosexual evaluation it obtained in preparation for sentencing Fountain on a violation of his supervised release.

Because the evaluation did not affect the supervised release proceedings, and merely presents the possibility of future collat-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

eral consequence, Fountain's request is moot. *See United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir.1999). Accordingly, we dismiss for a lack of jurisdiction.

**DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.